IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>RACKSPACE HOSTING, INC.,<br>RACKSPACE US, INC., AND JUNGLE<br>DISK, LLC,<br><br>        Defendants. | C.A. No. 12-675-LPS |
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>        Defendant. | C.A. No. 12-639-LPS |
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MOTOROLA MOBILITY, LLC,<br><br>        Defendant. | C.A. No. 12-1078-LPS |
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM INC., AND AMAZON<br>WEB SERVICES, LLC<br><br>        Defendants. | C.A. No. 12-641-LPS |
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>CA, INC.,<br><br>        Defendant. | C.A. No. 13-1338-LPS |

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>HEWLETT PACKARD COMPANY,<br><br>        Defendant. | C.A. No. 13-1341-LPS |
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>AT&T MOBILITY LLC and AT&T CORP.,<br><br>        Defendant. | C.A. No. 13-1342-LPS |
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>CITRIX SYSTEMS INC.,<br><br>        Defendant. | C.A. No. 13-1453-LPS |
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>DROPBOX INC.<br><br>        Defendant. | C.A. No. 13-1454-LPS |
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>EMC CORPORATION ET AL.,<br><br>        Defendants. | C.A. No. 13-1455-LPS |

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAP AG, ET AL.,<br><br>    Defendant. | C.A. No. 13-1456-LPS |
| CLOUDING IP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SIEMENS ENTERPRISE COMMUNICATIONS GMBH & CO KG ET AL.,<br><br>    Defendant. | C.A. No. 13-1457-LPS |
| CLOUDING IP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON ONLINE LLC, TERREMARK NORTH AMERICA LLC, AND VERIZON BUSINESS NETWORK SERVICES INC.,<br><br>    Defendant. | C.A. No. 13-1458-LPS |

## STIPULATED [PROPOSED] SCHEDULING ORDER

WHEREAS, certain Defendants' Motions to Dismiss for Lack of Standing and certain Defendants' Motion to Bifurcate Damages from Liability and To Stay Damages-Related Fact and Expert Testimony remain pending before the Court;

WHEREAS oral argument on the pending motions is scheduled for January 31, 2014 at 10:00 a.m.;

WHEREAS, the Court ordered all supplemental briefing relating to the standing and bifurcation motions to be completed no later than January 15, 2014;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendants, and subject to the approval of the Court, that the following schedule shall govern briefing on the motions:

1. The Defendants shall file any additional motions relating to the standing and bifurcation and related opening briefs no later than December 20, 2013;

2. Plaintiff shall file its answering briefs no later than January 6, 2014;

3. Defendants shall file their reply briefs no later than January 15, 2014.

BAYARD, P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (#0922)
Stephen B. Brauerman (#4952)
Vanessa R. Tiradentes (#5398)
Sara E. Bussiere (#5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@ bayardlaw.com
sbussiere@bayardlaw.com
    *Counsel for Plaintiff Clouding IP, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
    *Counsel for Motorola Mobility, LLC*

4

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
   *Counsel for Google Inc.*

ASHBY & GEDDES

/s/ Andrew C. Mayo
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com
   *Counsel for Rackspace Hosting, Inc.,*
   *Rackspace US Inc., and Jungle Disk, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
   *Counsel for Hewlett-Packard Company*

ASHBY & GEDDES

/s/ Andrew C. Mayo
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com
   *Counsel for Amazon.com and Amazon*
   *Web Services LLC*

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
   *Counsel for CA, Inc.*

SEITZ ROSS ARONSTAM & MORITZ LLP

/s/ Benjamin J. Schladweiler
Benjamin J. Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
bschladweiler@seitzross.com
   *Counsel for AT&T Mobility LLC and*
   *AT&T Corp.*

5

POTTER ANDERSON & CORROON, LLP

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
provner@potteranderson.com
   *Counsel for Citrix Systems Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
   *Counsel for EMC Corporation, EMC International US Holdings, Inc. and VMware, Inc.*

O'KELLY, ERNST, & BIELLI, LLC

/s/ Daniel Murray
Sean T. O'Kelly (#4349)
Daniel Murray (#5785)
901 N. Market Street, Suite 1000
Wilmington, DE 19801
(302) 778-4000
sokelly@oeblegal.com
dmurray@oeblegal.com
   *Counsel for Siemens Enterprise Communications Inc.*

ASHBY & GEDDES

/s/ Andrew C. Mayo
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com
   *Counsel for Dropbox Inc.*

DUANE MORRIS LLP

/s/ Benjamin A. Smyth
Gary William Lipkin (#4044)
Benjamin A. Smyth (#5528)
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801-1659
(302) 657-4903
gwlipkin@duanemorris.com
basmyth@duanemorris.com
   *Counsel for SAP AG and SAP America, Inc.*

SEITZ ROSS ARONSTAM & MORITZ LLP

/s/ Benjamin J. Schladweiler
Benjamin J. Schladweiler (#4601)
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
bschladweiler@seitzross.com
   *Counsel for Verizon Online LLC, Terremark North America LLC, and Verizon Business Network Services Inc.*

6

IT IS SO ORDERED this ___18th___ day of December, 2013.

_____
Honorable Leonard P. Stark