IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-1341 (LPS) |
| | ) |
| HEWLETT-PACKARD COMPANY, | ) |
| | ) |
| Defendant. | ) |

## HEWLETT-PACKARD COMPANY'S MOTION TO DISMISS
## FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant Hewlett-Packard Company ("HP") hereby moves pursuant to Fed. R. Civ. P. 12(b)(1) to dismiss the Complaint of Plaintiff Clouding IP, LLC ("Plaintiff") for lack of subject matter jurisdiction. Plaintiff lacks standing to bring and maintain its patent infringement suit against HP for the reasons stated in the Defendants' Motions to Dismiss in *Clouding IP, LLC v. Amazon.com, Inc. et al.*, C.A. No. 12-641-LPS, *Clouding IP, LLC v. Google Inc.*, C.A. No. 12-639-LPS, and *Clouding IP, LLC v. Motorola Mobility LLC*, C.A. No. 12-1078-LPS, and for the reasons stated in the concurrently-filed Defendants' Motions to Dismiss in *Clouding IP, LLC v. EMC Corp. et al.*, C.A. No. 13-1455-LPS and *Clouding IP, LLC v. Rackspace Hosting Inc. et al.*, C.A. No. 12-675-LPS[1]. These motions are hereby incorporated by reference.

Accordingly, the Complaint against HP should be dismissed with prejudice.

---

[1] HP is also a licensee of the Open Invention Network. Because Plaintiff has not yet specifically identified the products accused of infringement pursuant to the Del. Default Standard for Discovery ¶ 4(a), HP reserves investigation and briefing of these facts.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Paul Alexander<br>ARNOLD & PORTER LLP<br>1801 Page Mill Road<br>Palo Alto, CA  94304-1216<br>(650) 798-2920<br><br>December 20, 2013<br>7867696.1 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paul Saindon*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Paul Saindon (#5110)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>psaindon@mnat.com<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 20, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Marc. A. Fenster, Esquire<br>Dorian S. Berger, Esquire<br>Brian Ledahl, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025 | *VIA ELECTRONIC MAIL* |

*/s/ Paul Saindon*
Paul Saindon (#5110)