IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>        Defendant. | C.A. No. 13-1341-LPS<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF CLOUDING IP, LLC'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS FOR LACK OF STANDING**

Defendant Hewlett-Packard Company ("Defendant") has joined with defendants in the related cases *Clouding IP, LLC v. Google Inc.*, C.A. No. 12-639-LPS, *Clouding IP, LLC v. Motorola Mobility LLC*, C.A. No. 12-1078-LPS, *Clouding IP, LLC v. Amazon.com, Inc. et al.*, C.A. No. 12-0641-LPS, *Clouding IP, LLC v. EMC Corporation et al.*, C.A. No. 13-01455-LPS and *Clouding IP, LLC v. Rackspace Hosting Inc. et al.*, C.A. No. 12-675-LPS to Bifurcate Damages from Liability and to Stay Damages-Related Fact and Expert Discovery.

The facts surrounding Clouding IP's LLC's ownership and standing to assert its patent rights are the same in this case as in *Amazon*, *Google*, *Motorola*, *Rackspace,* and *EMC*. For the convenience of the Court and to reduce burden on the Court, Clouding IP, LLC incorporates by reference the briefs in opposition to each of the motions to dismiss for lack of standing. (C.A. No. 12-639-LPS at D.I. 120, C.A. No. 12-1078-LPS at D.I. No. 109, C.A. No. 12-0641-LPS at D.I. 129, C.A. No. 12-675-LPS at D.I. 171, and C.A. No. 1455-LPS at D.I. No. 39.)

January 6, 2014

OF COUNSEL:

Marc A. Fenster
Brian D. Ledahl
Dorian S. Berger
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
mfenster@raklaw.com
bledahl@raklaw.com
dberger@raklaw.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman (sb4952)*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@ bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff Clouding IP, LLC*