IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CLOUDING IP, LLC,                           )
                                            )
              Plaintiff,                    )
                                            )
       v.                                   )   C.A. No. 13-1341 (LPS)
                                            )
HEWLETT-PACKARD COMPANY,                    )   **JURY TRIAL DEMANDED**
                                            )
              Defendant.                    )

**HEWLETT-PACKARD COMPANY'S REPLY BRIEF
IN SUPPORT OF MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION**

In its Opposition to Defendant Hewlett-Packard Company's ("HP's") Motion (D.I. 20),

Plaintiff Clouding IP, LLC ("Clouding") incorporates by reference its briefs in opposition to the

motions in the related cases.

HP is aware that these arguments have been addressed in the replies of defendants in

*Clouding IP, LLC v. Google Inc.*, C.A. No. 12-639-LPS at D.I. 128, *Clouding IP, LLC v.*

*Motorola Mobility LLC*, C.A. No. 12-1078-LPS at D.I. 116, and *Clouding IP, LLC v.*

*Amazon.com, Inc. et al.*, C.A. No. 12-641-LPS at D.I. 138, and that these arguments will be

addressed in the concurrently-filed replies of defendants in *Clouding IP, LLC v. EMC Corp. et*

*al.*, C.A. No. 13-1455-LPS and *Clouding IP, LLC v. Rackspace Hosting Inc. et al.*, C.A. No. 12-

675-LPS.   For the convenience of the Court, those replies and related briefing are hereby

incorporated by reference and not repeated.

Accordingly, the Complaint against HP should be dismissed with prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paul Saindon*

Jack B. Blumenfeld (#1014)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
psaindon@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

Paul Alexander
ARNOLD & PORTER LLP
1801 Page Mill Road
Palo Alto, CA  94304-1216
(650) 798-2920

Denise L. McKenzie
ARNOLD & PORTER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA  90017-5844
(213) 243-4000

Emily Hostage
ARNOLD & PORTER LLP
Three Embarcadero Center
7th Floor
San Francisco, CA  94111-4024
(415) 471-3100

January 15, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 15, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Marc. A. Fenster, Esquire<br>Dorian S. Berger, Esquire<br>Brian Ledahl, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025 | *VIA ELECTRONIC MAIL* |

/s/ Paul Saindon
Paul Saindon (#5110)