# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLOUDING IP, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 12-639-LPS |
| CLOUDING IP, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC. AND<br>AMAZON WEB SERVICES, LLC,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 12-641-LPS |
| CLOUDING IP, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>RACKSPACE HOSTING, INC., RACKSPACE US., INC. and JUNGLE DISK, LLC,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 12-675-LPS |
| CLOUDING IP, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>CA, INC. d/b/a CA TECHNOLOGIES,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) | C.A. No. 13-1338-LPS |

| | |
|---|---|
| CLOUDING IP, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEWLETT-PACKARD COMPANY, )<br>)<br>Defendant. ) | C.A. No. 13-1341-LPS |
| CLOUDING IP, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AT&T CORP., et al., )<br>)<br>Defendants. ) | C.A. No. 13-1342-LPS |
| CLOUDING IP, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITRIX SYSTEMS, INC., )<br>)<br>Defendant. ) | C.A. No. 13-1453-LPS |
| CLOUDING IP, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DROPBOX INC., )<br>)<br>Defendant. ) | C.A. No. 13-1454-LPS |

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>EMC CORP., et al.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 13-1455-LPS<br>)<br>)<br>)<br>)<br>)<br>) |
| CLOUDING IP, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>SAP AG, et al.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 13-1456-LPS<br>)<br>)<br>)<br>)<br>)<br>) |
| CLOUDING IP, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>VERIZON ONLINE, LLC, et al.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 13-1458-LPS<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all motions for fees and costs, if any, will be filed within 21 days after the Court rules upon Clouding's motion for reconsideration of the Court's Order granting defendants' motions to dismiss for lack of standing, or within 21 days after the deadline for Clouding to file a motion for reconsideration if Clouding does not file such a motion.

{00881904;v1 }                                   1

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Stephen B. Brauerman | /s/ Jack B. Blumenfeld |
| _____ | _____ |
| Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>Vanessa R. Tiradentes (#5398)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com | Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com |
| *Attorneys for Plaintiff Clouding IP, LLC* | *Attorneys for Defendant Google Inc.* |
| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Andrew C. Mayo | /s/ Jack B. Blumenfeld |
| _____ | _____ |
| Steven J. Balick (#2114)<br>Lauren E. Maguire (#4261)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>amayo@ashby-geddes.com | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith , II (#3778)<br>Paul Saindon (#5110)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>psaindon@mnat.com |
| *Attorneys for Defendants*<br>*Amazon.com, Inc., Amazon Web Services LLC, Dropbox, Inc., Rackspace Hosting, Inc., Rackspace US, Inc. and Jungle Disk, LLC* | *Attorneys for Defendant CA Technologies, Inc.* |

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SEITZ ROSS ARONSTAM & MORITZ LLP |
| */s/ Jack B. Blumenfeld* | */s/ Benjamin J. Schladweiler* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com | Benjamin J. Schladweiler (#4601)<br>100 S. West Street, Suite 400<br>Wilmington, DE 19801<br>(302) 576-1600<br>bschladweiler@seitzross.com |
| *Attorneys for Defendant Hewlett-Packard Company* | *Attorneys for Defendants AT&T Mobility LLC and AT&T Corp.* |
| POTTER ANDERSON & CORROON, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Philip A. Rovner* | */s/ Jack B. Blumenfeld* |
| _____ | _____ |
| Philip A. Rovner (#3215)<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>provner@potteranderson.com | Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com |
| *Attorneys for Defendant Citrix Systems Inc.* | *Attorneys for Defendants EMC Corporation, EMC International US Holdings, Inc. and VMware, Inc.* |
| DUANE MORRIS LLP | SEITZ ROSS ARONSTAM & MORITZ LLP |
| */s/ Gary William Lipkin* | */s/ Benjamin J. Schladweiler* |
| _____ | _____ |
| Gary William Lipkin (#4044)<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington, DE 19801-1659<br>(302) 657-4903<br>gwlipkin@duanemorris.com | Benjamin J. Schladweiler (#4601)<br>100 S. West Street, Suite 400<br>Wilmington, DE 19801<br>(302) 576-1600<br>bschladweiler@seitzross.com |
| *Attorneys for Defendants SAP AG and SAP America, Inc.* | *Attorneys for Defendants Verizon Online LLC, Terremark North America LLC, and Verizon Network Services Inc.* |

SO ORDERED this _____ day of _____, 2014

_____
Chief United States District Judge